# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Aviel Gonzalez-Ruiz<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:25-mj-00021-WCM<br>)<br>)<br>)<br>) |

## RULE 4.1 - CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of April 20, 2025 in the county of Cherokee in the Western District of North Carolina, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(5) | Possession of a firearm by illegal alien & |
| 8 U.S.C. § 1326 | Reentry of removed alien |

This criminal complaint is based on these facts:
See Attached Affidavit

☒ Continued on the attached sheet.

/s/ Cameron Griffin
*Complainant's signature*

Cameron Griffin,
Special Agent, Bureau of Alcohol, Tobacco and Firearms
*Printed name and title*

Sworn in accordance with Rule 4.1.

W. Carleton Metcalf
United States Magistrate Judge

*Judge's signature*

Date: 05/20/2025

City and state: Asheville, North Carolina    Honorable W. Carleton Metcalf, United States Magistrate Judge
*Printed name and title*